UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEILE ALLEN, individually and                      :
on behalf of all others similarly situated,

                                                   :

                      Plaintiff,
                                                   :        *07 CV 10401*

            -against-
                                                   :

FISHER-PRICE INC., a Delaware
Corporation, and MATTEL, INC., a Delaware          :
Corporation, each separately and on behalf of
all other entities similarly situated,             :

                      Defendants.

-------------------------------------------------------------

# AFFIDAVIT OF SERVICE ON
# FISHER-PRICE, INC.

**HANLY CONROY BIERSTEIN SHERIDAN**
**FISHER & HAYES LLP**
**112 Madison Avenue**
**New York, New York 10016**
**(212) 784-6400**

# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| U.S. District Court, County of **Southern District, NY** | Index # **07CV10401** | **11/16/07** |

## Keile Allen, individually and on behalf of all others similarly situated

Plaintiff(s),

— vs. —

## Fisher-Price Inc., and Mattel, Inc.

Defendant(s).

State of New York, County of **Erie** _____ ss.:

**Barbara Sittniewski** _____ being duly sworn, deposes and says that deponent is over 18 years of age and not a party to this action; that on, **Wed, November 28, 2007** _____ at approximately **2:40 PM** _____ at **636 Girard Avenue, E. Aurora, New York 14052** _____ deponent served the annexed **Summons in a Civil Action and Class Action Complaint** _____ on **Fisher-Price Inc.** _____ in the following manner:

☐ Individual — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the described therein.

☒ Corporation — By delivering to and leaving with **Ingrid Waters** _____
**Administrative Assistant** _____ .

☐ Responsible Person — By delivering to and leaving with _____
_____ a true copy thereof, a person of suitable age and discretion.
Said premises being the recipient's ☐ dwelling place ☐ place of business ☐ last known address, within the State of New York.

☐ Affixing to Door — By affixing a true copy thereof to the door of said premises, which is recipient's
☐ dwelling place ☐ place of business ☐ last known address . Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called thereon:

☐ Mail — A true copy thereof was also deposited on _____ in a postpaid, properly addressed envelope, to the above address, bearing the legend "Personal and Confidential", in an official depository under the exclusive care and custody of the United States Postal Service.

☒ Description

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☒ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blond Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☒ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☒ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☒ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

To the best of my knowledge the defendant/witness was not engaged in active military service.

Sworn to before me on   11/29/07

_____
DENNIS DICKMAN
Notary Public, State of New York
Qualified in Erie County
My Commission Expires   May 14, 2011

_____
Barbara Sittniewski