Michael J. Templeton (MT-8709)
Catherine M. Ferrara-Depp (CF-2329)
JONES DAY
222 East 41st Street
New York, NY 10017
Telephone: (212) 326-3939

*Attorneys for Defendants Fisher-Price, Inc.*
*and Mattel, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KEILE ALLEN, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>-against-<br><br>FISHER-PRICE INC., a Delaware Corporation and MATTEL, INC., a Delaware Corporation, each separately and on behalf of all other entities similarly situated,<br><br>                    Defendants. | **ECF CASE**<br><br>**Civil Action No. 07 CV 10401 (JSR)**<br><br>**DISCLOSURE STATEMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 7.1** |

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Fisher-Price, Inc. and Mattel, Inc. by their undersigned counsel state as follows:

    1.    Defendant Mattel, Inc. is a publicly-traded company. Based upon an SEC filing, Barclays Global Investors, N.A., owns at least 10% of Mattel, Inc.'s common stock. Barclays Global Investors, N.A., appears to be a subsidiary of Barclays PLC, which is a publicly traded company.

    2.    Defendant Fisher-Price, Inc. is a wholly-owned subsidiary of Mattel, Inc.

Dated: New York, New York
December 18, 2007

Respectfully submitted,

s/ Michael J. Templeton
Michael J. Templeton (MT-8709)
Catherine M. Ferrara-Depp (CF-2329)
JONES DAY
222 East 41st Street
New York, New York  10017
212-326-3939
Attorneys for Defendants
Fisher-Price, Inc. and Mattel, Inc.

Of Counsel:

Hugh Whiting
JONES DAY
717 Texas, Suite 3300
Houston, TX  77002
Phone: (832) 239-3939

Thomas E. Fennell
Michael L. Rice
JONES DAY
2727 N. Harwood St.
Dallas, TX  75201
Phone:  (214) 220-3939

2

## CERTIFICATE OF SERVICE

I, Catherine M. Ferrara-Depp, hereby certify that on December 18, 2007, a true and correct copy of the DISCLOSURE STATEMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 7.1 was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

**Attorney for Plaintiff and Purported Class Members:**
Steven M. Hayes
Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP
112 Madison Avenue, 7th Floor
New York, New York 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5349

I FURTHER CERTIFY that on December 18, 2007, true and correct copies of the DISCLOSURE STATEMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 7.1 were served via first class mail to the following counsel of record:

**Of Counsel:**

| | |
|---|---|
| Lance A. Harke | Kenneth J. Brennan |
| Sarah Clasby Engel | Simmons Cooper LLC |
| Harke & Clasby LLP | 707 Berkshire Boulevard |
| 155 South Miami Avenue, Suite 600 | East Alton, Illinois 62024 |
| Miami, Florida 33130 | Telephone: (618) 259-2222 |
| Telephone: (305) 536-8220 | Facsimile: (618) 259-2251 |
| Facsimile: (305) 536-8229 | |
| | |
| Ben Barnow | Aron D. Robinson |
| Barnow and Associates, P.C. | The Law Office of Aron D. Robinson |
| One North LaSalle Street, Suite 4600 | 19 South LaSalle Street, Suite 1300 |
| Chicago, Illinois 60602 | Chicago, Illinois 60603 |
| Telephone: (312) 621-2000 | Telephone: (312) 857-9050 |
| Facsimile: (312) 641-5504 | Facsimile: (312) 857-9054 |

        s/ Catherine M. Ferrara-Depp
        Catherine M. Ferrara-Depp (CF-2329)
        Jones Day
        222 East 41st Street
        New York, New York 10017
        (212) 326-3939