# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEILE ALLEN, individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>          -against-<br><br>FISHER-PRICE INC., a Delaware Corporation and MATTEL, INC., a Delaware Corporation, each separately and on behalf of all other entities similarly situated,<br><br>                      Defendants. | **ECF CASE**<br><br>**Civil Action No. 07 CV 10401 (JSR)**<br><br>**ORDER FOR ADMISSION**<br>***PRO HAC VICE* ON**<br>**WRITTEN MOTION** |

Upon the motion of Defendants Fisher-Price, Inc. and Mattel, Inc. (collectively, "Defendants") and the affidavit of Catherine M. Ferrara-Depp in support;

**IT IS HEREBY ORDERED** that

> Michael L. Rice, Esq.
> JONES DAY
> 2727 N. Harwood St.
> Dallas, TX 75201
> Phone: (214) 220-3939
> Fax: (214) 969-5100
> mlrice@jonesday.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-28-08

is admitted to practice *pro hac vice* to act as counsel for Defendants Fisher-Price, Inc. and Mattel, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronics Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Dated: New York, New York
      January 28, 2008

                                 United States District/~~Magistrate~~ Judge

**CERTIFICATE OF SERVICE**

I, Catherine M. Ferrara-Depp, hereby certify that on January 15, 2008, a true and correct copy of the foregoing NOTICE OF MOTION FOR *PRO HAC VICE* ADMISSION and all exhibits annexed thereto was served by United States mail with sufficient postage to ensure delivery on the following:

Steven M. Hayes
Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP
112 Madison Avenue, 7th Floor
New York, New York  10016

Lance A. Harke, P.A.
Sarah Clasby Engel, P.A.
Harke & Clasby LLP
155 South Miami Ave., Suite 600
Miami, Florida  33130

Ben Barnow
Barnow and Associates, P.C.
One North La Salle Street, Suite 4600
Chicago, IL  60602

Aron D. Robinson
The Law Office of Aron D. Robinson
19 S. LaSalle Street, Suite 1300
Chicago, IL  60603

Kenneth J. Brennan
SimmonsCooper LLC
707 Berkshire Blvd.
East Alton, Illinois  62024

Catherine M. Ferrara-Depp (CF-2329)
Jones Day
222 East 41st Street
New York, New York  10017
(212) 326-3939