```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
Keile Allen                            :
                                       :
            Plaintiff,                 :       07 Civ. 10401(JSR)
                                       :
       -v-                             :       ORDER
                                       :
Fisher-Price Inc.                      :
Mattel, Inc.                           :
                                       :
            Defendant.                 :
---------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2-11-08

On January 18, 2008 the Court placed the above captioned case on suspense pending a transfer order from the Judicial Panel on Multidistrict Litigation, see court document number 9. Having now received the transfer order from the Panel, a copy of which is attached to this order, transferring this case to the Honorable Dale S. Fischer, United States District Judge, in the Central District of California, under 28 U.S.C. § 1407,

**IT IS HEREBY ORDERED** that the Clerk of the Court transfer this case to the United States District Court for the Central District of California.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       February 7, 2008

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| Judge John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | Judge D. Lowell Jensen<br>United States District Court<br>Northern District of California | Judge Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Judge J. Frederick Motz<br>United States District Court<br>District of Maryland | Judge David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | |
| | Judge Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | Judge Anthony J. Scirica<br>United States Court of Appeals<br>Third Circuit | Telephone: [202] 502-2800<br>Fax:         [202] 502-2888<br>http://www.jpml.uscourts.gov |

February 4, 2008

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Re: MDL No. 1897 -- IN RE: Mattel, Inc., Toy Lead Paint Products Liability Litigation

(See Attached CTO-2)

Dear Ms. Carter:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on January 17, 2008. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
    Docket Specialist

Attachment

cc: Transferee Judge:    Judge Dale S. Fischer
    Transferor Judges:   Judge Stanwood R. Duval, Jr.; Judge Jed S. Rakoff
    Transferor Clerks:   Loretta G. Whyte; J. Michael McMahon

JPML Form 36

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 17 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: MATTEL, INC., TOY LEAD PAINT PRODUCTS
LIABILITY LITIGATION

    Crystal Sanders v. Mattel, Inc., et al.,           )
        E.D. Louisiana, C.A. No. 2:07-8637              )    MDL No. 1897
    Keile Allen v. Fischer-Price, Inc., et al.,         )
        S.D. New York, C.A. No. 1:07-10401              )

**CONDITIONAL TRANSFER ORDER (CTO-2)**

On December 18, 2007, the Panel transferred six civil actions to the United States District Court for the Central District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* ___F.Supp.2d___ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Dale S. Fischer.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Central District of California and assigned to Judge Fischer.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Central District of California for the reasons stated in the order of December 18, 2007, and, with the consent of that court, assigned to the Honorable Dale S. Fischer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Central District of California. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**Inasmuch as no objection is pending at this time, the stay is lifted.**

FEB - 4 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: MATTEL, INC., TOY LEAD PAINT PRODUCTS
LIABILITY LITIGATION

MDL No. 1897

## INVOLVED COUNSEL LIST (CTO-2)

Michael G. Crow
CROW LAW FIRM
1100 Poydras Street
Suite 1175
New Orleans, LA 70163

Steven M. Hayes
HANLY CONROY BIERSTEIN SHERIDAN FISHER ET AL
112 Madison Avenue
7th Floor
New York, NY 10016

James B. Irwin, V
IRWIN FRITCHIE URQUHART & MOORE LLC
400 Poydras Street
Suite 2700
New Orleans, LA 70130

Michael J. Templeton
JONES DAY
222 East 41st Street
New York, NY 10017